Irving G. Anness v. Seaboard Trading Company.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.